# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 579 EAL 2017

                Respondent   :

                                  :   Petition for Allowance of Appeal from

                                  :   the Order of the Superior Court

          v.                  :

                                  :

ANDRE WARE,                :

                                  :

                Petitioner   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.